## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sharon Chavez
        Plaintiff,

v.                Case No.: 1:16−cv−05423
                Honorable Joan B. Gottschall

Advocate Health Care
        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 14, 2016:


   MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation [16], this case is dismissed without prejudice, with leave to reinstate by 12/28/16. If a timely motion to reinstate is not filed by 12/28/16, the dismissal will automatically convert to a dismissal with prejudice on that date. The parties shall bear their own costs and fees. The status hearing set for 12/14/16 is stricken. Civil case terminated. Mailed notice(mjc, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.